UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Dana Young

v.

Civil No. 12-cv-323-JD

First Financial Asset Management, Inc., et al.


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment

nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.


December 13, 2012                              */s/ Joseph A. DiClerico, Jr.*
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge


cc:     James D. Kelly, Esq.